IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALBERTO N., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 6:99-CV-00459 |
| | § | |
| ALBERT HAWKINS, ET AL., | § | |
| | § | |
| Defendants | § | |

**ADVISORY TO THE COURT AND TWENTY-SIXTH JOINT MOTION
TO ABATE PLAINTIFFS' MOTION FOR ENFORCEMENT
OF THIS COURT'S ORDERS DATED JUNE 23, 2005, AND FEBRUARY 22, 2008**

The Parties respectfully file this Advisory and Twenty-Sixth Joint Motion to Abate Plaintiffs' Motion for Enforcement of this Court's Orders Dated June 23, 2005, and February 22, 2008, filed on June 30, 2009 ("Plaintiffs' Motion to Enforce") [Doc. 258]. The Parties move the Court to abate Plaintiffs' enforcement motion until April 21, 2015, and to extend Defendants' deadline for responding to Plaintiffs' Motion to Enforce, if necessary, to May 21, 2015, to provide the Parties additional time to continue their ongoing settlement discussions. In support, the Parties would show as follows:

The Parties believe that they have reached an agreement in principle on the substantive matters necessary to resolve all issues raised by Plaintiffs' Motion to Enforce. Additional time, however, is still needed to finalize the terms of the agreement, and for the consideration, review, and approval by state officials. To that end, the Parties have exchanged comments on proposed settlement terms, and are engaged in on-going discussions on how to finalize the agreement and the timeline for doing so.

Accordingly, the Parties move that Plaintiffs' Motion to Enforce be abated until April 21,

2015, at which time the Parties will again jointly advise the Court of the status of the Parties' settlement efforts. If, at that time, the issues have not been resolved and the Parties advise the Court that further discussions would not be productive, then Defendants will file their responsive brief on May 21, 2015.

The Parties seek the requested abatement for good cause, in the interest of justice, and not for the purposes of delay.

Therefore, for the reasons stated above, the Parties respectfully move the Court to grant this motion, abate Plaintiffs' Motion to Enforce until April 20, 2015, and extend to May 21, 2015 the deadline for Defendants to file their response to Plaintiffs' Motion to Enforce, should such a response be necessary.

Dated: January 21, 2015                                     Respectfully submitted,

   /s/ Peter Hofer                                          KEN PAXTON
PETER HOFER                                                 Attorney General of Texas
Texas Bar No. 09777275
                                                            CHARLES E. ROY
                                                            First Assistant Attorney General
MARYANN OVERATH
Texas Bar No. 00786851
DISABILITY RIGHTS TEXAS                                     JAMES E. DAVIS
7800 Shoal Creek Blvd., Suite 171-E                         Deputy Attorney General for Civil
Austin, Texas 78757                                         Litigation
(512) 454-4816 Phone
(512) 454-3999 Fax                                          JAMES "BEAU" ECCLES
                                                            Chief, General Litigation Division

ATTORNEYS FOR PLAINTIFFS                                      /s/ Nancy K. Juren
                                                            NANCY K. JUREN
                                                            Assistant Attorney General
                                                            Texas Bar No. 11059300
                                                            Assistant Attorney General
                                                            Texas Bar No. 24052183
                                                            P.O. Box 12548
                                                            Austin, Texas 78711-2548
                                                            (512) 463-2120 Phone
                                                            (512) 320-0667 Fax

                                                            ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs and counsel for Defendants conferred regarding the *Advisory to the Court and Twenty-Fourth Joint Motion for Enforcement of this Court's Orders Dated June 23, 2005, and February 22, 2008*, and that the parties are in agreement regarding the matters addressed in this advisory and joint motion.

/s/ Peter Hofer
PETER HOFER